# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2012AP392 |
| COMPLETE TITLE: | State Farm Fire and Casualty Company,<br>    Plaintiff-Appellant,<br>  v.<br>Hague Quality Water, International and The Cincinnati<br>Insurance Company,<br>    Defendants-Respondents-Petitioners. |

REVIEW OF A DECISION OF THE COURT OF APPEALS
Reported at 345 Wis. 2d 741, 826 N.W.2d 412
(Ct. App. 2013 – Published)
PDC No: 2013 WI App 10

| | |
|---|---|
| OPINION FILED: | January 28, 2014 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | January 14, 2014 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | Circuit |
| COUNTY: | Sheboygan |
| JUDGE: | James J. Bolgert |

| | |
|---|---|
| JUSTICES: | |
| CONCURRED: | |
| DISSENTED: | |
| NOT PARTICIPATING: | PROSSER, J., did not participate. |

ATTORNEYS:

For the defendants-respondents-petitioners, there were briefs by *Jason P. Gehring* and *Kasdorf, Lewis & Swietlik, S.C.,* Milwaukee, and oral argument by *Jason P. Gehring.*

For the plaintiff-appellant, there was a brief by *Charles W. Kramer* and *Monte E. Weiss* and *Weiss Law Office, S.C.,* Mequon, and oral argument by *Charles W. Kramer.*

NOTICE

This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.

No. 2012AP392
(L.C. No. 2010CV1276)

STATE OF WISCONSIN     :     IN SUPREME COURT

**State Farm Fire and Casualty Company,**

     **Plaintiff-Appellant,**

  **v.**

**Hague Quality Water, International and The Cincinnati**

**Insurance Company,**

     **Defendants-Respondents-Petitioners.**

**FILED**

**JAN 28, 2014**

Diane M. Fremgen
Clerk of Supreme Court

REVIEW of a decision of the Court of Appeals. *Affirmed.*

¶1 PER CURIAM. The court is equally divided on the question of whether the decision of the court of appeals, State Farm Fire & Cas. Co. v. Hague Quality Water, Int'l, 2013 WI App 10, 345 Wis. 2d 741, 826 N.W.2d 412, which reversed the Sheboygan County Circuit Court,[1] should be affirmed or reversed. Chief Justice Shirley S. Abrahamson, Justice Ann Walsh Bradley,

---

[1] The Honorable James J. Bolgert, presiding.

and Justice N. Patrick Crooks would affirm. Justice Patience Drake Roggensack, Justice Annette K. Ziegler, and Justice Michael J. Gableman would reverse. Justice David T. Prosser did not participate.

¶2 Accordingly, the decision of the court of appeals is affirmed.